Andrew W. MELLON, Secretary of the Treasury of the United States, Appellant, v. NEW YORK CENT. R. CO., Michigan Central Railroad Company, Vermont Central Railway, et al., Appellees. *

(Court of Appeals of District of Columbia. Submitted December 10, 1925. Decided February 1, 1926.)

No. 4297.

Peyton Gordon, V. E. West, and J. P. Crawford, all of Washington, D. C., for appellant.

J. C. Adkins and J. I. Peyser, both of Washington, D. C., for appellees.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

VAN ORSDEL, Associate Justice. The appeal in this case is by the Secretary of the Treasury against the intervening railway companies. The opinion rendered this day in Mellon v. Minneapolis, St. P. & S. S. M. R. Co. (No. 4273) 11 F.(2d) 332, —— App. D. C. ——, is decisive of all the matters presented by this appeal. It is unnecessary, therefore, to enter into any discussion of the law or facts applicable to this case. A decree should be entered therein, following the decree in the original case.

The decree is reversed, with costs.

*Certiorari denied 46 S. Ct. 630, 70 L. Ed. ——.